# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 3:11-00146 |
| v. | ) | Judge Sharp |
| RICHARD FLETCHER, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, Defendant Richard Fletcher's *Motion to Suppress* (Docket Entry No. 21) is hereby DENIED.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE